MICHAEL B. BIGELOW
Attorney at Law   SBN 65211
331 J Street, Suite 200
Sacramento, CA 95814
(916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Anthony Rivera


             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF CALIFORNIA


THE UNITED STATES OF AMERICA,  ) No. CR-S-11-295  MCE
                               )
               Plaintiff,      ) MEMORANDUM
     v.                        ) RE: STATUS OF COUNSEL
                               )
ANTHONY RIVERA,                )
                               ) Date: 2/9/2012
               Defendant.      ) Time: 9:00 a.m.
_____) Judge: MCE

     It is requested that this matter be placed on calendar
February 9, 2011 at 9:00 AM to determine status of counsel.



Dated: February 8, 2012          Respectfully submitted,

                                 /s/ Michael Bigelow_____
                                 MICHAEL BIGELOW
                                 Attorney for Anthony Rivera


                          **ORDER**

     **IT IS SO ORDERED.**

Dated:  February 8, 2012

                                 _____
                                 MORRISON C. ENGLAND, JR
                                 UNITED STATES DISTRICT JUDGE


                              -1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28