Robert M. Holley (SBN 50769)
Attorney at Law
331 J Street, Ste. 200
Sacramento, CA 95814
Telephone: (916)443-2213

Counsel for ANTHONY RIVERA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:11-CR-00295 MCE |
| Plaintiff, | ) STIPULATION AND |
| v. | ) ORDER FOR A PRE-PLEA PRESENTENCE REPORT FOR ANTHONY RIVERA |
| ANTHONY RIVERA, | ) |
| Defendant. | ) |

**REASONS FOR REQUEST**

The parties have been actively in the process of negotiating a settlement in this matter. It has become apparent that a pre-plea pre-sentence report would facilitate the negotiations, particularly in the area of criminal history. The Probation Department has indicated to counsel that they would like at least six weeks to complete the task.

///
///
///
///

**STIPULATION**

The parties hereby stipulate, through their respective counsel, that, in order to facilitate pre-trial negotiations, the Court may order that the United States Probation Office prepare a pre-plea presentence report for Mr. Rivera in the above-entitled case.

**Dated: May 7, 2012**

/s/ *Robert M. Holley*
ROBERT M. HOLLEY
**Counsel for Ms. Williams**


**BENJAMIN B. WAGNER**
**United States Attorney**


/s/ *Daniel S. McConkie,(by RMH)*
**Mr. Daniel S. McConkie**
**Assistant United States Attorney**
**Counsel for the United States**


**ORDER**

**GOOD CAUSE APPEARING,** and upon stipulation of the parties, it is hereby ordered that the United States Probation Office prepare a pre-plea presentence report in the above-entitled case for defendant Anthony Rivera within six weeks of the date of this order.

**It is so ordered.**

**Dated: May 9, 2012**

**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**

2