```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DANIEL S. McCONKIE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2725
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. No. 2:11-cr-00295-MCE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | <u>STIPULATION AND ORDER</u> |
| ANTHONY RIVERA, | ) | <u>CONTINUING MOTION SCHEDULE</u> |
| | ) | <u>AND HEARING DATE</u> |
| Defendant. | ) | |
| _____ | ) | |

The parties hereby stipulate as follows:

- That the non-evidentiary hearing on the defendant's motion, set for July 19, 2012 as well as the associated briefing schedule, be vacated.
- That a non-evidentiary hearing on the motion be held on August 9, 2012, at 9:00 a.m.
- The defense has already filed the motion. The government's response shall be due July 19, 2012.
- If the defense chooses to reply, that reply shall be filed by August 2, 2012.

The continuance of the motion hearing and schedule is necessary for the preparation of the parties and continued plea negotiations. Specifically, the prosecution is conducting additional investigation

1

necessary to preparing an adequate response to the defendant's motion. The prosecution intends to file a declaration of the defendant's parole officer.

Accordingly, the parties jointly request that the time period from today's date through August 9, 2012 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv), 3161(h)(7)(B)(ii) and 3161(h)(1)(D) and Local Codes T4, T2 and E due to the motion, the preparation of the parties, continuity of counsel, and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

                              BENJAMIN B. WAGNER
                              United States Attorney

Dated: June 27, 2012        /s/ Daniel S. McConkie
                              DANIEL S. McCONKIE
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

                              Respectfully submitted,

Dated: June 27, 2012        /s/ Robert M. Holley
                              ROBERT M. HOLLEY, ESQ.
                              Attorney for the Defendant
                       By DSM per telephonic authorization

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: July 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE