1  Robert M. Holley (SBN 50769)
   Attorney at Law
2  331 J Street, Ste. 200
   Sacramento, CA 95814
3  Telephone: (916)443-2213

4

   Counsel for ANTHONY RIVERA
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No. 2:11-CR-00295 MCE
                                  )
12             Plaintiff,         ) STIPULATION AND
                                  ) ORDER FOR TO FOR ADVANCEMENT OF
13     v.                         ) SENTENCING HEARING TO MARCH 28,
                                  ) 2013 AT 9:00
14 ANTHONY RIVERA,                )
                                  )
15             Defendant.         )
                                  )
16 _____)

17

18                    **REASONS FOR REQUEST**

19         Judgement and sentencing in the above-entitled case is
20 presently scheduled for Thursday, May 2, 2013 at 9:00 a.m.  The defense
21 is requesting that the matter of judgement and sentencing be advanced
22 to Thursday March 28,2013 at 9:00 a.m.  The plea in this matter is was
23 entered pursuant to Rule 11(c)(1)of the Federal Rules of Criminal
24 Procedure for a term of 24 months (which is the low end of the
25 guidelines).  The release date on said plea, should the Court accept
26 the agreement, is on or about April 12, 2013.  This advance is
27 requested to effectuate the negotiated plea and allow sufficient time
28 for the United States Bureau of Prisons to accurately calculate the

release date.

Mr. Rivera and his counsel have reviewed the presentence report and have no objections to the same.

**STIPULATION**

The parties hereby stipulate, through their respective counsel, that the sentencing hearing in this matter may be advanced to the Court's calendar on **March 28, 2013 at 9:00 a.m.**

**Dated: March 26, 2013**

*/s/ Robert M. Holley*
**ROBERT M. HOLLEY**
**Counsel for Mr. Rivera**

**BENJAMIN B. WAGNER**
**United States Attorney**

*/s/ Daniel S. McConkie,(by RMH)*
**Mr. Daniel S. McConkie**
**Assistant United States Attorney**
**Counsel for the United States**

**ORDER**

**GOOD CAUSE APPEARING**, it is so Ordered.

Date: March 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

2