UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
July 1, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:11CR00295-MCE-10 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| ANTHONY RIVERA, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ANTHONY RIVERA__ , Case No. __2:11CR00295-MCE-10__ , Charge __Supervise Release Violation__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___   Release on Personal Recognizance

  ___   Bail Posted in the Sum of $_____

          ___   Unsecured Appearance Bond

          ___   Appearance Bond with 10% Deposit

          ___   Appearance Bond with Surety

          ___   Corporate Surety Bail Bond

   ✔   (Other)        __Conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __July 1, 2014__ at __2:00 pm__ .

By   /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court