UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANTHONY RIVERA,

        Defendant.
_____/

Case No. 2:11-CR-00295-MCE

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release ANTHONY RIVERA, Case No. 2:11-CR-00295-MCE, from custody for the following reasons:

|     |     |
| --- | --- |
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $___ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| _X_ | (Other): Pursuant to the Court's Order on August 14, 2014, the defendant is released and is to report to WellSpace Health located at 1820 J Street, Sacramento, California 95811, not later than 9:00 a.m. on August 15, 2014.  The defendant is further ordered to appear for a Revocation Hearing on December 4, 2014 at 9:00 a.m. in courtroom 7. |

Issued at Sacramento, California on August 14, 2014 at 9:22 a.m.

Dated: August 14, 2014

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE